**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                    CASE NO.  3:18cr4/MCR

OLVIN ROMERO-MARCAS
a/k/a "Olvin Anibal Romero-Marquez"

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, OLVIN ROMERO-MARCAS, to Count I of the Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

**DONE and ORDERED** this 29th day of January 2018.


_s/ M. Casey Rodgers_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**